June 10, 1970

No. 70–41 Arnold Lee Thompson, CTC, U. S. Navy v Honorable John H. Chafee, The Secretary of the Navy; VADM Charles K. Duncan, U. S. Navy, Chief of Naval Personnel, et al.

On consideration of the Petition for Writ of Prohibition filed in the above-entitled action, it appearing that the proceedings complained of are entirely administrative in nature, and that no charges against petitioner are pending before any court-martial, nor are any charges contemplated, it is, by the Court, this 10th day of June 1970,

ORDERED:

That said Petition be, and the same is, hereby dismissed. In Re Taylor, 12 USCMA 427, 31 CMR 13.